**Order filed May 27, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00301-CV

————————

## IN THE INTEREST OF C.N.S, J.A.C., JR. AND C.D.S., CHILDREN

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2013-00564J**

---

## O R D E R

Appellant's brief was due May 22, 2014**.** No brief or motion for extension of time has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a).

Unless appellant files a brief with this court on or before **June 6, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM